In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-305 CR


NO. 09-05-306 CR


____________________



KEVIN J. DENLEY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 66874 and 72230






MEMORANDUM OPINION


 On July 28, 2005, we informed the parties that our jurisdiction was not apparent
from the notice of appeal, and notified them that the appeal would be dismissed for want
of jurisdiction unless we received a response showing grounds for continuing the appeal. 
In response, the appellant asks this Court to address this matter as a post-conviction writ
of habeas corpus under Article 11.07 of the Texas Code of Criminal Procedure.


 The notice of appeal seeks to appeal a refusal to rule on a subsequent motion for
forensic DNA testing after the appeals of the trial court's previous denials were dismissed
because the appeals were not perfected within the time permitted by the Texas Rules of
Appellate Procedure. See Denley v. State, Nos. 09-04-359 CR and 09-04-360 CR (Tex.
App.- Beaumont Oct. 20, 2004, no pet.)(not designated for publication). The appellant
asks this Court to consider this matter as a post-conviction writ of habeas corpus, but we
do not have jurisdiction of writs filed pursuant to Article 11.07. See Tex. Code Crim.
Proc. Ann. art. 11.07, § 3 (Vernon 2005).

 Accordingly, we hold the appellant failed to invoke our appellate jurisdiction
because no presently appealable orders have been signed by the trial court. The appeals
are dismissed for want of jurisdiction.

 APPEALS DISMISSED FOR LACK OF JURISDICTION. 


 ___________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered August 31, 2005 

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.